```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 11/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LORI POLLOCK,

               Plaintiff,

   - against -

DERMOT SHEA AND THE CITY OF NEW YORK,

               Defendants.

---

20-cv-6273 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The plaintiff should file an amended complaint by **November 30, 2020**. The defendant should move or answer by **January 8, 2021**. If the defendant files a motion, the plaintiff's opposition is due by **January 29, 2021**, and the reply is due by **February 12, 2021**.

    Initial discovery disclosures should be made by **January 29, 2021**, and the case is otherwise stayed. The case is referred to Magistrate Judge Freeman for purposes of settlement.

SO ORDERED.

Dated:   New York, New York
          November 20, 2020

                                            John G. Koeltl
                                  United States District Judge