UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
LORI POLLOCK,

                                                   20-CV-6273 (JGK)

                Plaintiff,

       -against-                                 ORDER

DERMOT SHEA, et. al.
                Defendants.
------------------------------------------------------X

JOHN G. KOELTL, District Judge:

      The plaintiff shall file a second amended complaint on or before January 25, 2021. The defendants shall re-file their motion to dismiss on or before January 29, 2021. The plaintiff's opposition is due on or before February 8, 2021 and the reply is due on or before February 22, 2021.

      The Clerk is directed to close Docket Nos. 22 and 24.

SO ORDERED.
       January 21, 2021
Dated:  New York, New York

                                                           /s/ John G. Koeltl
                                                       John G. Koeltl
                                             United States District Judge