```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
───────────────────────────────────

LORI POLLOCK,

                Plaintiff,        20-cv-6273 (JGK)

    - against -               ORDER

CITY OF NEW YORK ET AL.,

                Defendants.

───────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    The parties are directed to submit a Rule 26(f) report by January 13, 2022. The conference scheduled for January 20, 2022, is canceled.

SO ORDERED.
Dated:    New York, New York
            December 30, 2021

                                 /s/ John G. Koeltl
                                   John G. Koeltl
                        United States District Judge